UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-CV-21542-COOKE/TORRES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NOEL A. JIRON,

        Defendant.

## NOTICE OF FILING

Plaintiff, United States of America, by and through its undersigned counsel files this Return of Service in the above styled cause.

Dated: May 10, 2016
Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email:sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States
of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular US Mail to Noel A. Jiron at the address of 970 West 81st Place, Hialeah, FL 33014 on this 10th day of May, 2016.

_____
Steven M. Davis

LAW OFFICES
BECKER & POLIAKOFF, P.A. • 121 ALHAMBRA PLAZA, 10TH FLOOR • CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433

## RETURN OF SERVICE

**State of Florida**  **County of Southern**  **District Court**

Case Number: 16-CV-21542-COOKE/TORRES

Plaintiff:
**UNITED STATES OF AMERICA,**

vs.

Defendant:
**NOEL A. JIRON,**

For:
Steven Davis
BECKER & POLIAKOFF, P.A.
121 Alhambra Plaza
10th Floor
Coral Gables, FL 33134

Received by Caplan, Caplan & Caplan Process Servers on the 4th day of May, 2016 at 2:12 pm to be served on **NOEL A. JIRON, 970 WEST 81 PLACE, HIALEAH, FL 33014**.

I, Reinaldo Pascual, do hereby affirm that on the **6th day of May, 2016** at **7:30 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons In A Civil Action (21) days, Complaint, Exhibit "A" and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **IZENIA JIRON** as **COUSIN** at the address of: **970 WEST 81 PLACE, HIALEAH, FL 33014**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statute F.S. 48.031 on behalf.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: HISPANIC, Height: 5'7', Weight: 130, Hair: BLACK, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

_____
**Reinaldo Pascual**
1312

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(954) 462-1800**

Our Job Serial Number: CPN-2016013875
Service Fee: _____

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1d